```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TAX DIVAS, LLC and WILLIAMS AND J     :
BOOKKEEPING, individually and on      :
behalf of all others similarly        :
situated,                             :        20-cv-5311 (JSR)
                                      :
                Plaintiffs,           :
                                      :
        -v-                           :
                                      :        ORDER
J.P. MORGAN CHASE BANK and            :
CITIBANK, N.A.,                       :
                                      :
                Defendants            :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By an Order dated June 23, 2020, the Court consolidated four actions bearing case numbers 20-cv-4100, 20-cv-4144, 20-cv-4145, and 20-cv-4146 for all pre-trial purposes. See 20-cv-4100, ECF No. 35. And by an Order dated June 25, 2020, the Court consolidated another action bearing case number 20-cv-4858 for all pre-trial purposes. See 20-cv-4100, ECF No. 39. Subsequently, the above-captioned action (the "Tax Divas action"), related to the aforesaid five cases, was filed on July 10, 2020 and assigned to the undersigned today.

The Tax Divas action is hereby consolidated with the actions bearing case numbers 20-cv-4100, 20-cv-4144, 20-cv-4145, 20-cv-4146, and 20-cv-4858 for all pre-trial purposes and is subject to the June 23 Order and the schedules set forth therein, with the following two exceptions: (1) defendants may submit a joint supplemental memorandum in support of their motion to dismiss on common issues that are unique to the Tax

<u>Divas</u> action, due <u>July 20, 2020</u> and not to exceed seven double-spaced pages; and (2) each defendant may submit a supplemental memorandum to address issues unique to that defendant, <u>due July 20</u> and not to exceed four double-spaced pages.

    SO ORDERED.

Dated:   New York, NY
          July 14, 2020

                                            JED S. RAKOFF, U.S.D.J.