UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAX DIVAS, LLC and WILLIAMS AND J BOOKKEEPING, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>J.P. MORGAN CHASE BANK and CITIBANK, N.A.,<br><br>                Defendants. | Case No. 1:20-cv-05311<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

      PLEASE TAKE NOTICE that, upon the sworn affidavit of Christopher S. Comstock in support of this motion and the Certificate of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of Christopher S. Comstock, a partner with the firm of Mayer Brown LLP and a member in good standing of the Bar of the State of Illinois, as attorney *pro hac vice* to appear for all purposes as counsel for defendant Citibank, N.A.  There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: July 16, 2020

                                      Respectfully submitted,

                              By: */s/ Christopher S. Comstock*
                                   Christopher S. Comstock,
                                   MAYER BROWN LLP
                                   71 S. Wacker Drive
                                   Chicago, IL 60606
                                   Telephone: 312-701-8386
                                   Facsimile: 312-706-9372
                                   ccomstock@mayerbrown.com