UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TAX DIVAS, LLC and WILLIAMS AND J BOOKKEEPING, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

J.P. MORGAN CHASE BANK and CITIBANK, N.A.,

      Defendants.

Case No. 1:20-cv-05311

**AFFIDAVIT OF THOMAS V. PANOFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

THOMAS V. PANOFF, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Mayer Brown LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of Illinois and Michigan and of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been any such proceedings brought against me in any jurisdiction in which I am licensed.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant Citibank, N.A.

Dated: July 16, 2020

TVP

Respectfully submitted,

By: *Th v Pll*

Thomas V. Panoff,
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312-701-8821
Facsimile: 312-706-8297
tpanoff@mayerbrown.com

*Counsel for Defendant Citibank, N.A.*

CITY OF CHICAGO        )
                       ) ss:
STATE OF ILLINOIS      )

Subscribed and sworn to before me this 16th day of July, 2020.

*Patricia B. Stone*
Notary Public

OFFICIAL SEAL
PATRICIA B. STONE
Notary Public - State of Illinois
My Commission Expires 12/12/2020

My Commission Expires: 12/12/2020

2